## SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

August 22, 2019

**BY ECF**

The Honorable Joanna Seybert
United States District Court
400 Carleton Avenue
Central Islip, NY 11722

Re: United States v. Maria Eliseo
Cr. No. 19-0182 (JS)

Dear Judge Seybert:

Our office represents the defendant, Maria Eliseo, in the above-captioned matter.

On behalf of Ms. Eliseo, we would respectfully request permission for her to travel to the Woodloch Resort in Hawley, Pennsylvania. She will be traveling by car with her family for the Labor Day weekend, leaving New York on Friday, August 30, 2019, and returning to New York on Tuesday, September 3, 2019.

I have discussed this matter with both AUSA Justina Geraci and Pre-Trial Services Officer Marnie Gerardino, and they have no objection to these travel plans.

Thank you.

Respectfully submitted,

Stephen P. Scaring

STEPHEN P. SCARING

cc: AUSA Justina Geraci (by ECF)
Pre-Trial Services Officer Marnie Gerardino (by email)
SPS/cn